NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT WASHINGTON, | |
| Petitioner, | **ORDER** |
| v. | Crim. No. 05-074-02 (WHW) |
| UNITED STATES of AMERICA, | |
| Respondent. | |

### Walls, Senior District Judge

This matter having been opened to the Court by pro se Petitioner Robert Washington for an order delaying payment of fine/restitution until release from the current term of imprisonment, and the Court having considered Mr. Washington's petition and finding no good cause shown by Mr. Washington,

It is on this 7th day of April, 2006:

ORDERED that Mr. Washington's petition to delay payment of fine/restitution is DENIED.

s/ William H. Walls
United States Senior District Judge