**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT WASHINGTON, | : |
| Petitioner, | :  **ORDER** |
| v. | :  Crim. No. 05-074-02 (WHW) |
| UNITED STATES of AMERICA, | : |
| Respondent. | : |

**Walls, Senior District Judge**

This matter having been opened to the Court by pro se Petitioner Robert Washington for an order delaying payment of fine/restitution until release from the current term of imprisonment, and the Court having considered Mr. Washington's petition and finding no good cause shown by Mr. Washington,

It is on this 7th day of April, 2006:

ORDERED that Mr. Washington's petition to delay payment of fine/restitution is DENIED.

s/ William H. Walls
United States Senior District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**RECEIVED**

MAY 8 - 2008

Robert Washington,
      Petitioner,

AT 8:30_____M
WILLIAM T. WALSH, CLERK

V.

Criminal Case No:
(05-074-02(WHW)

United States of America,
      Respondent.

---

PETITIONER MOTION FOR RE-CONSIDERATION OF DENIAL ORDER
DATED APRIL 7, 2008.

     COMES NOW, Petitioner Robert Washington, Pro-se,
from the Federal Bureau of Prisons, Fort Dix, New Jersey, respect-
fully requesting this Honorable Court to reconsider Petitioner
denial dated April 7, 2008. Petitioner Robert Washington thereof
states the alleges:

     Petitioner, Robert Washington, Petitioned this Honorable
court, for a delaying payment of fine/restitution until release
from the current term of imprisonment. This Honorable Court
denied Petitioner Petition;

          "and the court having considered Mr.
          Washington's Petition and finding no
          good cause shown by Mr. Washington."

     Petitioner Robert Washington would like this Honorable
Court to be awareof the following: Petitioner is currently
employed by the Federal Bureau of Prisons, and his monthly
salary is $8.04. (See Attached Statement) Petitioner occasionly
received donations and gifts from his family members. Petitioner
doesn't received enough money to support himself in prisons,
and there's no way Petitioner can start paying this fine/
restitution during his incarceration.

     Wherefore, Petitioner Robert Washington, respectfully
requesting this Honorable Court to suspend payments until
Petitioner is release from the Federal Bureau of Prisons.

Respectfully Submitted,

Robert Washington, Pro-se
Register No. 27267-050
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 2000(East)
Fort Dix,  New Jersey  08640

# Deposits

| Inmate Reg #: | 27267050 | Current Institution: | Fort Dix FCI |
|---|---|---|---|
| Inmate Name: | WASHINGTON, ROBERT | Housing Unit: | FTD-E-A |
| Report Date: | 04/22/2008 | Living Quarters: | E01-121L |
| Report Time: | 9:09:04 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 4/21/2008 12:07:43 PM | Sales | ($24.60) | 7 | | $172.99 |
| 4/14/2008 12:16:02 PM | Sales | ($27.40) | 26 | | $197.59 |
| 4/12/2008 10:05:39 AM | Western Union | $50.00 | 33314008 | | $224.99 |
| 4/10/2008 3:23:03 PM | Payroll - IPP | $5.25 | HIPP0308 | | $174.99 |
| 4/7/2008 12:03:37 PM | Sales | ($24.60) | 5 | | $169.74 |
| 4/7/2008 12:02:37 PM | Sales | $0.00 | 4 | | $194.34 |
| 4/7/2008 11:35:04 AM | Sales | $0.00 | 6 | | $194.34 |
| 4/4/2008 9:25:00 PM | Western Union | $150.00 | 33313508 | | $194.34 |
| 3/31/2008 12:09:11 PM | Sales | ($45.95) | 22 | | $44.34 |
| 3/20/2008 12:37:01 PM | Sales | ($26.55) | 21 | | $90.29 |
| 3/10/2008 9:55:06 AM | Payroll - IPP | $5.25 | HIPP0208 | | $116.84 |
| 3/4/2008 7:17:47 PM | Western Union | $100.00 | 33311208 | | $111.59 |
| 2/28/2008 11:53:08 AM | Sales | ($39.40) | 19 | | $11.59 |
| 2/8/2008 7:31:28 AM | Payroll - IPP | $5.25 | HIPP0108 | | $50.99 |
| 2/7/2008 12:21:36 PM | Sales | ($8.20) | 29 | | $45.74 |
| 1/31/2008 12:11:48 PM | Sales | ($49.10) | 28 | | $53.94 |
| 1/24/2008 7:07:48 AM | Western Union | $100.00 | 33308408 | | $103.04 |
| 1/10/2008 12:08:24 PM | Sales | ($16.45) | 27 | | $3.04 |
| 1/10/2008 9:59:05 AM | FRP Monthly Pymt | $0.00 | 002051 | | $19.49 |
| 1/10/2008 9:54:46 AM | Payroll - IPP | $18.84 | HIPP1207 | | $19.49 |
| 12/27/2007 5:29:38 PM | Sales | ($9.35) | 36 | | $0.65 |
| 12/19/2007 5:56:17 PM | Sales | ($34.75) | 13 | | $10.00 |
| 12/12/2007 11:39:34 AM | Sales | ($40.50) | 13 | | $44.75 |
| 12/10/2007 11:11:10 AM | FRP Monthly Pymt | ($25.00) | 002036 | | $85.25 |
| 12/10/2007 11:04:04 AM | Payroll - IPP | $8.04 | HIPP1107 | | $110.25 |
| 12/3/2007 9:19:10 PM | Western Union | $95.00 | 33304608 | | $102.21 |
| 12/1/2007 6:16:47 PM | Phone Withdrawal | ($3.00) | TFN1201 | | $7.21 |
| 11/28/2007 11:37:29 AM | Sales | ($11.30) | 65 | | $10.21 |
| 11/21/2007 11:41:52 AM | Sales | ($14.50) | 71 | | $21.51 |
| 11/15/2007 12:26:34 PM | Sales | ($24.60) | 52 | | $36.01 |
| 11/9/2007 6:59:21 PM | Phone Withdrawal | ($3.00) | TFN1109 | | $60.61 |
| 11/8/2007 2:48:28 PM | FRP Monthly Pymt | ($25.00) | 002015 | | $63.61 |
| 11/8/2007 2:21:54 PM | Payroll - IPP | $5.25 | HIPP1007 | | $88.61 |
| 11/8/2007 7:15:31 AM | Phone Withdrawal | ($5.00) | TFN1108 | | $83.36 |
| 11/7/2007 6:08:25 PM | Phone Withdrawal | ($5.00) | TFN1107 | | $88.36 |
| 11/7/2007 11:37:54 AM | Sales | ($47.45) | 14 | | $93.36 |
| 11/6/2007 5:01:02 PM | Phone Withdrawal | ($5.00) | TFN1106 | | $140.81 |
| 11/4/2007 10:39:33 PM | Phone Withdrawal | ($5.00) | TFN1104 | | $145.81 |
| 11/3/2007 10:39:15 PM | Phone Withdrawal | ($5.00) | TFN1103 | | $150.81 |
| 11/2/2007 10:58:25 PM | Phone Withdrawal | ($5.00) | TFN1102 | | $155.81 |
| 11/2/2007 5:18:17 PM | Western Union | $90.00 | 33302508 | | $160.81 |
| 11/2/2007 4:54:53 PM | Phone Withdrawal | ($5.00) | TFN1102 | | $70.81 |
| 11/2/2007 1:22:47 PM | Western Union | $75.00 | 33302508 | | $75.81 |
| 11/1/2007 8:11:46 PM | Phone Withdrawal | ($3.00) | TFN1101 | | $0.81 |
| 10/24/2007 12:02:26 PM | Sales | ($17.85) | 34 | | $3.81 |
| 10/11/2007 12:05:17 PM | Sales | ($5.95) | 49 | | $21.66 |
| 10/11/2007 7:28:23 AM | Phone Withdrawal | ($3.00) | TFN1011 | | $27.61 |
| 10/10/2007 10:35:16 AM | Phone Withdrawal | ($3.00) | TFN1010 | | $30.61 |
| 10/10/2007 9:49:54 AM | Payroll - IPP | $5.25 | HIPP0907 | | $33.61 |
| 10/6/2007 2:59:19 PM | Phone Withdrawal | ($4.00) | TFN1006 | | $28.36 |

1 2

# All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 27267050 | **Current Institution:** | Fort Dix FCI |
| **Inmate Name:** | WASHINGTON, ROBERT | **Housing Unit:** | FTD-E-A |
| **Report Date:** | 04/22/2008 | **Living Quarters:** | E01-121L |
| **Report Time:** | 9:09:29 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/3/2007 7:44:50 PM | Phone Withdrawal | ($5.00) | TFN1003 | | $32.36 |
| 10/3/2007 11:59:40 AM | Sales | ($25.45) | 15 | | $37.36 |
| 10/2/2007 12:14:53 PM | Phone Withdrawal | ($3.00) | TFN1002 | | $62.81 |
| 10/1/2007 5:46:12 PM | Phone Withdrawal | ($5.00) | TFN1001 | | $65.81 |
| 10/1/2007 2:22:48 PM | Western Union | $50.00 | 33300108 | | $70.81 |
| 9/14/2007 6:57:37 PM | Phone Withdrawal | ($3.00) | TFN0914 | | $20.81 |
| 9/11/2007 10:31:55 PM | Phone Withdrawal | ($3.00) | TFN0911 | | $23.81 |
| 9/11/2007 12:01:12 PM | Sales | ($10.35) | 23 | | $26.81 |
| 9/10/2007 9:52:34 PM | Phone Withdrawal | ($3.00) | TFN0910 | | $37.16 |
| 9/8/2007 2:14:42 PM | Western Union | $30.00 | 33324507 | | $40.16 |
| 9/8/2007 9:39:12 AM | Phone Withdrawal | ($7.00) | TFN0908 | | $10.16 |
| 9/7/2007 4:47:53 PM | FRP Quarterly Pymt | $0.00 | 002221 | | $17.16 |
| 9/7/2007 4:44:08 PM | Payroll - IPP | $8.04 | GIPP0807 | | $17.16 |
| 9/1/2007 6:44:40 AM | Phone Withdrawal | ($5.00) | TFN0901 | | $9.12 |
| 8/28/2007 11:42:31 AM | Sales | ($61.35) | 22 | | $14.12 |
| 8/24/2007 12:08:55 PM | Western Union | $75.00 | 33323507 | | $75.47 |
| 8/21/2007 11:32:58 AM | Sales | ($33.80) | 13 | | $0.47 |
| 8/14/2007 11:49:10 AM | Sales | ($44.75) | 33 | | $34.27 |
| 8/14/2007 11:10:18 AM | Western Union | $60.00 | 33322707 | | $79.02 |
| 8/11/2007 8:10:53 PM | Phone Withdrawal | ($3.00) | TFN0811 | | $19.02 |
| 8/10/2007 3:23:26 PM | Payroll - IPP | $8.04 | GIPP0707 | | $22.02 |
| 8/7/2007 11:37:46 AM | Sales | ($38.80) | 22 | | $13.98 |
| 8/7/2007 10:08:36 AM | Western Union | $50.00 | 33322207 | | $52.78 |
| 8/5/2007 11:15:32 PM | Phone Withdrawal | ($2.00) | TFN0805 | | $2.78 |
| 8/5/2007 8:26:41 AM | Phone Withdrawal | ($3.00) | TFN0805 | | $4.78 |
| 8/4/2007 2:35:03 PM | Phone Withdrawal | ($3.00) | TFN0804 | | $7.78 |
| 8/2/2007 9:16:47 AM | Phone Withdrawal | ($7.00) | TFN0802 | | $10.78 |
| 7/31/2007 11:22:55 AM | Sales | ($38.00) | 8 | | $17.78 |
| 7/30/2007 8:15:20 PM | Western Union | $50.00 | 33321607 | | $55.78 |

1 2

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $493.95
Last Sales Date: 4/21/2008 12:07:43 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $25.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $25.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

Comments:

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 27267050 | Current Institution: | Fort Dix FCI |
| Inmate Name: | WASHINGTON, ROBERT | Housing Unit: | FTD-E-A |
| Report Date: | 04/22/2008 | Living Quarters: | E01-121L |
| Report Time: | 9:09:42 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8831 |
| PAC #: | 121031344 |
| FRP Participation Status: | Refused |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 10/25/2006 |
| Local Account Activation Date: | 10/26/2006 3:18:34 AM |
| Sort Codes: | |
| Last Account Update: | 4/22/2008 12:11:44 AM |
| Account Status: | Active |
| Phone Balance: | $3.30 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $172.99 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $172.99 |
| National 6 Months Deposits: | $707.88 |
| National 6 Months Withdrawals: | $556.55 |
| National 6 Months Avg Daily Balance: | $64.21 |
| Local Max. Balance - Prev. 30 Days: | $224.99 |
| Average Balance - Prev. 30 Days: | $146.82 |