**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBERT WASHINGTON, | : | |
| | : | |
| Petitioner, | : | **ORDER** |
| | : | |
| v. | : | Crim. Action No. 05-0740-02 (WHW) |
| | : | |
| UNITED STATES of AMERICA | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |
| | : | |

**Walls, Senior District Judge**

This matter having been opened to the Court by *pro se* Petitioner Robert Washington for

reconsideration of the denial of his earlier petition to delay payment of fine/restitution until his

release from the current term of imprisonment, and the Court having considered Mr.

Washington's petition which highlights that his monthly salary at the employ of the Federal

Bureau of Prisons is only $8.04 at this time[1],

It is on this 19th day of June, 2008,

ORDERED that petitioner's motion to delay payment of fine/restitution is DENIED; and

he is ordered to continue making payments towards his restitution obligation in a monthly

amount of no less than 15% of his gross monthly pay.

s/ William H Walls
United States Senior District Judge

---

[1] While petitioner contends that his monthly salary is $8.04, based on the supporting
documents submitted by the petitioner it appears that his monthly salary fluctuates.